UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:26-cv-02033-MWC-SSC                                                Date: February 26, 2026

Title:  X.L. v. Fereti Semaia *et al.*

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
             N/A                                                                       N/A

**Proceedings:  (IN CHAMBERS) Order Setting Briefing Schedule as to *Ex Parte* Application for Temporary Restraining Order (Dkt. 4)**

Having reviewed X.L.'s ("Petitioner") *ex parte* application for a temporary restraining order (Dkt. 4, "Application"), the Court **ORDERS** as follows:

1. Petitioner may not be removed from the Central District of California pending further order of the Court.  Respondents are cautioned that sanctions may be imposed if Respondents take any action impairing Petitioner's ability to obtain complete relief.
2. Respondents shall file an opposition no later than end of day on March 2, 2026.
3. Petitioner shall file a reply no later than end of day on March 4, 2026.
4. Unless the Court orders otherwise, Petitioner's Application will be deemed submitted, without oral argument, on either:
    a. the day the opposition is filed, or due and not filed; or
    b. the day any reply to the opposition is filed, or due and not filed.  The Court may order further briefing or other proceedings, at any time, as appropriate.
5. Petitioner's counsel shall forthwith provide notice of this Order to Respondents and file a proof of service no later than February 27, 2026, at 4:00 p.m.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   TJ