UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.L.,<br><br>                    Petitioner,<br><br>          v.<br><br>FERETI SEMAIA, et al.,<br><br>                    Respondents. | Case No. 2:26-cv-02033-MWC-SSC<br><br>STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

In accordance with the stipulation between the parties (ECF 16), the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF 1) is GRANTED with judgment to be entered consistent with the reasons and findings set forth in this Court's March 25, 2026 order granting a preliminary injunction (ECF 13).

IT IS SO ORDERED.

DATED: April 15, 2026

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

Presented by:

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE