UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.L., | Case No. 2:26-cv-02033-MWC-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| FERETI SEMAIA, et al., | |
| Respondents. | |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in this Court's March 25, 2026 order granting a preliminary injunction (ECF 13).  The Clerk of Court shall close this case.

DATED: April 15, 2026

_Michelle W Court_

_____

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE